

| | |
|---|---|
| 1 | ATER WYNNE LLP |
|   | STACEY E. MARK - OSB NO. 87294 |
| 2 | 222 SW Columbia, Suite 1800 |
|   | Portland, Oregon 97201-6618 |
| 3 | |
|   | ARTER & HADDEN LLP |
| 4 | EDUARDO G. ROY - Pro Hac Vice |
|   | 2 Embarcadero Center |
| 5 | 5th Floor |
|   | San Francisco, California 94111-3824 |
| 6 | |
|   | Attorneys for Defendants |
| 7 | Wells Fargo Bank, N.A., Wells Fargo Bank, |
|   | a corporation, and Norwest Corporation |
| 8 | |
|   | MORSE & BRATT |
| 9 | DOUGLAS G. COMBS - OSB NO. 67020 |
|   | WILLIAM D. ROBISON |
| 10 | 1111 Main Street, 6th Floor |
|   | Vancouver, WA 98666-1566 |
| 11 | |
|   | JOHN P. CROWELL - OSB NO. 82478 |
| 12 | 888 SW Fifth Ave. Suite 870 |
|   | Portland, OR 97204 |
| 13 | |
|   | Attorneys for Plaintiffs |

FILED
2002 JAN 14 P 4: 19
CLERK US DISTRICT COURT
BY_____

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | | |
|---|---|---|
| **LYNDA PRINTZ** and | ) | Case No. CV 99-1027 BR |
| **SUZANNE PEARCE**, on behalf of | ) | |
| themselves and all others similarly situated, et | ) | ~~PROPOSED~~ ORDER |
| al. | ) | of Dismissal |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **WELLS FARGO BANK, N.A., et al.**, | ) | |
| | ) | |
| Defendants. | ) | |

:162249-1

1  Pursuant to Federal Rule of Civil Procedure, Rule 41 (a)(1), the following sixty-
2  five (65) plaintiffs to the above-captioned matter have stipulated and agreed to DISMISS WITH
3  PREJUDICE their claims against all defendants in the above-captioned matter:
4      (1) Marvin A. Arrington;
5      (2) Eric N. Bergemann;
6      (3) Jay W. Branscum;
7      (4) Christine A. Brodigan;
8      (5) Teresa L. Broersma;
9      (6) William H. Cassady;
10     (7) Acela Ceballos;
11     (8) Deborah A. Clausen;
12     (9) David W. Demert;
13     (10) Beverly Downing;
14     (11) Barbara A. Dudley;
15     (12) Raymond L. Eck, Jr.;
16     (13) Ann S. Farr;
17     (14) David P. Feldkamp;
18     (15) Valerie A. Friedli;
19     (16) Karla J. Funkhouser;
20     (17) George A. Gomez;
21     (18) Linda J. Griffin;
22     (19) Mario R. Guzman;
23     (20) Leslie G. Hartsfield;
24     (21) Patti A. Harvey;
25     (22) Gayle A. Henson-Mylek;
26     (23) Douglas M. Jackson;

:162249-1

(24) Susan F. Johnson;

(25) Michael D. Jordan;

(26) Clark G. Kerr;

(27) Bobbie Khamsouk;

(28) Beverly Jean Kiel;

(29) Marla M. Kline;

(30) Erin M. Kouklani;

(31) Rachelle M. Lawrence;

(32) Kathy Merritt;

(33) Larry D. Morken;

(34) Gail L. Newberry;

(35) Emmanuel B. Oluloro;

(36) Melinda L. Overturf;

(37) Suzanne Pearce;

(38) Amy S. Phillips;

(39) Roger E. Phillips;

(40) Lynn L. Pittman;

(41) Lynda D. Printz;

(42) Mark L. Prochaska;

(43) Clarice J. Peutz;

(44) Ann K. Rasmussen;

(45) Martin J. Rebich;

(46) Susan C. Robel;

(47) Blake A. Schneider;

(48) Fred D. Seibert, Jr.;

(49) Roger D. Seim;

:162249-1

1  (50) Connie E. Senter;

2  (51) Ronald S. Shelby;

3  (52) Muriel A. Smith;

4  (53) Karen J. Smith-Henley;

5  (54) Michael A. Stoertz;

6  (55) Janet A. Testerman;

7  (56) Michele E. Tiano;

8  (57) Sanja Uskovic;

9  (58) Albert Vigille;

10 (59) Gayle K. Walden;

11 (60) Melvin L. White, Jr.;

12 (61) James D. Wilber;

13 (62) Gregory E. Wilson;

14 (63) Elita Winecki;

15 (64) Rick A. Yocum; and

16 (65) Pamela Yuzon.

17        Based on the filing of two Stipulations for Voluntary Dismissal With Prejudice, the claims of each of the listed sixty-five plaintiffs in the above-captioned matter are dismissed with prejudice.

        IT IS SO ORDERED.

DATED: January 14, 2002

_____
Anna J. Brown
United States District Judge

SUBMITTED BY:

_____
Eduardo G. Roy
Attorneys for Defendants

APPROVED AS TO FORM BY:

_____
John P. Crowell
Attorneys for Plaintiffs

:162249-1