IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| Lynda Printz. et al, ) | | |
| ) | Civil No. CV 99-1027 BR | |
| Plaintiff(s), ) | | |
| ) | **JUDGMENT** | |
| v. ) | **OF DISMISSAL** | |
| ) | | |
| Wells Fargo Bank, N.A., ) | | |
| ) | | |
| Defendant(s). ) | | |

Based on the Court's Order GRANTING Defendant's Motion to Dismiss the claims of plaintiffs Waverick and Cummings,

**IT IS ADJUDGED** that this matter is DISMISSED with prejudice as to the claims of Richard Waverick and Dawn Cummings.

Dated this    8th    day of April, 2002.

    /s/ Anna J. Brown
Anna J. Brown
United States District Judge

(JgmDM.wpd)

JUDGMENT OF DISMISSAL